| | |
|---|---|
| **MCGUIREWOODS LLP**<br>Matthew C. Kane (SBN 171829)<br>    Email: mkane@mcguirewoods.com<br>1800 Century Park East, 7th Floor<br>Los Angeles, CA 90067-1501<br>Telephone: 310.315.8200<br>Facsimile: 310.315.8210 | **MCGUIREWOODS LLP**<br>Sylvia J. Kim (SBN 258363)<br>    Email: skim@mcguirewoods.com<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922 |

Attorneys for Defendant
BANK OF AMERICA CORPORATION

**MARLIN & SALTZMAN LLP**
Stanley D. Saltzman (SBN 90058)
Tatiana G. Avakian (SBN 298970)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991- 8081
ssaltzman@marlinsaltzman.com
tavakian@marlinsaltzman.com

Attorneys for Plaintiff MIGUEL MENDOZA
and the Putative Class

*(Attorneys Continued on Next Page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MENDOZA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, and DOES 1-100, inclusive,<br><br>    Defendants. | **Case Nos.**   3:19-cv-00316-LB<br>         3:19-cv-02491-LB<br>         4:20-cv-02119-YGR<br><br>**CLASS ACTION**<br><br>**[Assigned for all purposes to the Hon. Laurel Beeler, Courtroom B – 15th Floor]**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO APPROVE AMENDED CLASS NOTICE AND CLARIFY COURT'S ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 83)**<br><br>Complaint filed:  March 25, 2019<br>FAC filed:     June 11, 2019<br>Trial date:     Not set |

[Proposed] Order Granting Joint Stipulation to Approve Amended Class Notice and Clarify Court Order
                                                                                            3:19-cv-02491-LB

| | |
|---|---|
| 1 | David R. Markham (SBN 071814)<br>dmarkham@markham-law.com |
| 2 | Maggie Realin (SBN 263639)<br>mrealin@markham-law.com |
| 3 | Lisa Brevard (SBN 323391)<br>lbrevard@markham-law.com |
| 4 | **THE MARKHAM LAW FIRM**<br>8910 University Center Lane, Ste. 400 |
| 5 | San Diego, California 92122<br>Tel.: (619) 399-3995 |
| 6 | Fax: (619) 615-2067 |
| 7 | RICHARD E. QUINTILONE II (SBN 200995)<br>JEFFREY T. GREEN (SBN 330065) |
| 8 | **QUINTILONE & ASSOCIATES**<br>22974 El Toro Road, Suite 100 |
| 9 | Lake Forest, CA 92630<br>Tel.: (949) 458-9675 |
| 10 | Fax: (949) 458-9679<br>Email: req@quintlaw.com; jtg@quintlaw.com |
| 11 | Walter L. Haines (SBN 71075)<br>walter@whaines.com |
| 12 | **UNITED EMPLOYEES LAW GROUP**<br>5500 Bolsa Avenue, Suite 201 |
| 13 | Huntington Beach, CA 92649<br>Tel: (310) 234-5678 |
| 14 | Fax: (310) 652-2242 |
| 15 | |
| 16 | Attorneys for Plaintiffs Andrea Harrison, Kiarash Kaffishahsavar and Kimberly Jaco and all others similarly situated |

The Court having considered the Parties' Stipulation to Approve Amended Class Notice and Clarify Court's Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 83), and good cause appearing, IT IS HEREBY ORDERED THAT:

(1) The Amended Class Notice (attached as Exhibit 2) shall replace the previously approved Class Notice;

(2) The Amended Class Notice shall be disseminated to the Class via first-class mail only, and not via email;

(3) The timeline for settlement administration, as set forth in the Court's May 27, 2021 Order Granting Preliminary Approval, ¶ 8 (Dkt. No. 83), remains the same.

**IT IS SO ORDERED.**

Dated:   June 17, 2021

_____
Honorable Laurel Beeler
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2021, at Chatsworth, California.


                                        /s/ Tatiana G. Avakian
                                        TATIANA G. AVAKIAN